IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 24-cr-0251-RMR |
| : | |
| ADAM SHORR, : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

STEVEN H. SADOW hereby enters his appearance as counsel for ADAM SHORR.

Respectfully submitted,

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Attorney for Defendant
Georgia Bar No. 622075

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
404-577-1400
stevesadow@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 20024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to all parties of record.

*/s/ Steven H. Sadow*
STEVEN H. SADOW