AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) |
| 1. RONALD KING, | ) Case No. 24-cr-00251-RMR |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | Byron G. Rogers Courthouse<br>1929 Stout Street<br>Denver, CO 80294 | Courtroom No.: C205 |
|---|---|---|
|  |  | Date and Time: 09/03/2024 2:00 pm |

This offense is briefly described as follows:
Count 1: 18 U.S.C. § 1349; Count 2: 18 U.S.C. § 371; and Count 3: 18 U.S.C. § 1956(h)

As soon as possible upon receipt of this summons, but not later than 9:00 am on the date of your appearance, you must contact the Probation Office at (303) 844-5424 to complete a bond interview.
Directly after your scheduled court appearance, Defendant shall check in with the U.S. Marshal's Service - 901 19th Street, 3rd floor, Denver, Colorado - (720) 264-7700, for processing.

Date: 8/23/2024

s/ C. Cuenca, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk U.S. District Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.  24-cr-00251-RMR

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender:

Last known residence:

Usual place of abode *(if different from residence address):*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

### PROOF OF SERVICE

This summons was received by me on *(date)*                    .

❒ I personally served the summons on this defendant                    at *(place)*                    on *(date)*            ; or

❒ On *(date)*            I left the summons at the individual's residence or usual place of abode with *(name)*                    , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

❒ I delivered a copy of the summons to *(name of individual)*                    , who is authorized to receive service of process on behalf of *(name of organization)*                    on *(date)*            and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

❒ The summons was returned unexecuted because:                    .

I declare under penalty of perjury that this information is true.

Date returned:

*Server's signature*

*Printed name and title*

Remarks: