IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 24-cr-00251-RMR-4 | Date: October 30, 2024 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Sadie Herbert |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Anna Kathryn Edgar |
| | Bryan David Fields |
| Plaintiff, | |
| v. | |
| 4. ADAM SHORR | Steven Howard Sadow |
| Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING**

**10:09 a.m.    Court in session.**

Court calls case. Appearances of counsel. Amanda Clark Palmer and Thomas Daugherty appear by telephone.

This matter is before the Court regarding Government's Motion for Inquiry Regarding Multiple Representation [ECF No. 78].

Defendant sworn.

Thomas Daugherty sworn.

Discussion and argument regarding the potential conflict of interest regarding Mr. Sadow's representation of Mr. Shorr and prior representation of Mr. Dougherty in the case pending in the Southern District of Florida.

The Court finds that Mr. Shorr and Mr. Daugherty have knowingly and voluntarily waived the conflict, and Mr. Sadow may proceed as counsel of record for Mr. Shorr in this matter.

Discussion regarding upcoming status conference and discovery.

**11:44 a.m.    Court in recess.**

Hearing concluded.
Total time in court:    1:35