IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:24-cr-00251-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

4. ADAM SHORR,

    Defendant.

## UNOPPOSED MOTION TO WAIVE DEFENDANT SHORR'S APPEARANCE AT STATUS CONFERENCE AND TO PERMIT LEAD COUNSEL TO APPEAR REMOTELY

Defendant Shorr moves the Court for the entry of an Order waiving his appearance at the November 22, 2024 status conference and permitting his lead counsel to appear remotely.

AS GROUNDS for this motion, Defendant Shorr states as follows:

1. Undersigned counsel has conferred with AUSA Edgar concerning the government's position on this motion. AUSA Edgar has advised that the government does not object to the relief requested.

2. Defendant Shorr is at liberty on bond and resides in Florida.

3. Defendant Shorr has not filed any substantive motions as of now.

4. Fed.R.Crim.P. Rule 43(b)(3) provides that a defendant need not be present when the proceeding involves only a conference or hearing on a question of law. The November 22, 2024 status conference ostensibly is within the ambit of Rule 43(b). Counsel has reviewed with Defendant Shorr his right to be present at the hearing. Understanding his right, Defendant Shorr has informed counsel that he will waive his appearance at the hearing.

5. Undersigned counsel further requests that he be permitted to participate in the hearing remotely. Counsel will be out of the country in Australia on the date of the status conference.

**WHEREFORE,** Defendant Shorr prays that the Court grant this motion to waive his appearance at the November 24 status conference, to permit undersigned counsel to participate remotely, and for such other and further relief as the Court seems just and proper.

Respectfully submitted this 4th day of November, 2024.

/s/ Steven H. Sadow
STEVEN H. SADOW
Pro Hac Vice
Georgia Bar No. 622075
260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
Tel: 404-577-1400
Email:  stevesadow@gmail.com
*LEAD ATTORNEY FOR DEFENDANT SHORR*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 20024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to all parties of record.

*/s/ Steven H. Sadow*
STEVEN H. SADOW