IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-0251-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. RONALD KING,
2. VICTOR ROITER,
3. TINA WELLMAN,
4. ADAM SHORR,
5. ROBERT O'SULLIVAN,
6. BRADLEY EDSON, and
7. JOHN GAUTEREAUX,

        Defendants.
_____

**GOVERNMENT'S SECOND NOTICE OF RELATED CASE**
_____

The United States respectfully notifies the Court that this case is related to *United States v. Fabien Antonio Espinosa*, 24-cr-00315-REB. Defendant Espinosa is charged with being a co-conspirator with defendants herein, Ronald King, Victor Roiter, Tina Wellman, and others, for conduct that is included in Counts 1 and 2 in the Indictment in this case. Because of the substantial overlap of the cases, the Government submits this notice for the Court's awareness and consideration for purposes of assignment of cases pursuant to D.C.COLO.LCrR 50.1. The Government respectfully informs the Court as follows:

1. The Indictment in this case alleges that certain defendants defrauded Medicare and Colorado Medicaid, illegally obtaining over $40 million for medically unnecessary genetic tests (Count 1), and that all of the defendants participated in a conspiracy to pay millions of dollars in illegal kickbacks to "marketing" companies that solicited the elderly to turn over their Medicare information and participate in those unnecessary tests and to obtain doctors' orders for said tests (Count 2).

2. In case number 24-cr-00315-REB, Defendant Fabien Espinosa is charged with conspiring with Victor Roiter, Ronald King, and Tina Wellman—all defendants in Counts 1 and 2 of this Indictment—and others to take kickbacks from and to commit health care fraud through certain Tesis labs. Defendant Espinosa's actions and his agreements are subsumed within and are part of the proof on Counts 1 and 2 of the Indictment in this case.

3. The charges in both cases involve overlapping evidence and numerous related participants. Additionally, in sentencing Defendant Espinosa and the *King* defendants, the applicable judicial officer's factual findings and legal conclusions regarding sentencing factors and application of the United States Sentencing Guidelines are likely to involve consideration of and conclusions on overlapping facts and evidence.

4. Due to the overlapping nature of the conduct at issue in both cases and the numerous participants involved in the schemes, the Court's resources may be maximized by assignment of both cases to a single judicial officer.

WHEREFORE, the Government respectfully submits this information to the Court for its consideration.

MATTHEW T. KIRSCH
Acting United States Attorney

By:  */s/ Anna K. Edgar*
Anna K. Edgar
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Anna.Edgar@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Amy McDaniel*
Amy McDaniel
Legal Assistant