IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE 24-cr-0251-RMR |
| | : | |
| ADAM SHORR, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT SHORR'S MOTION TO ADOPT GAUTEREAUX'S UNOPPOSED MOTION FOR EXCLUSION OF ADDITIONAL TIME UNDER THE SPEEDY TRIAL ACT [DOCUMENT 127]**

Defendant Shorr, through undersigned counsel, moves the Court to join and adopt Gautereaux's Unopposed Motion for Exclusion of Additional Time Under the Speedy Trial Act [Document 127].

Respectfully submitted,

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Georgia Bar No. 622075
Attorney for Defendant

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
404-577-1400
stevesadow@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/ECF e-filing system, which automatically sends e-mail notification to all parties of record.

*/s/ Steven H. Sadow*
STEVEN H. SADOW
